In re Williams, Darren;—Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court, Div. G. No. 481-150; to the Court of Appeal, Fourth Circuit, No. 10-K-0473.
Writ granted in part; case remanded to the district court. The district court is ordered to review the record and determine whether a probable cause determination was made within 48 hours of relator’s arrest as required by La. C.Cr. P. art. 230.2 and State v. Wallace, 09-1621, p. 11 (La. 11/6/09), 25 So.3d 720, 727 (“In the absence of a bona fide emergency or other extreme circumstances, all persons arrested without a warrant for whom a probable cause determination is not made within 48 hours must be immediately released from custody on their own recognizance.”). In all other respects, the application is denied.
KNOLL, J., dissents with reasons.